STEVE M. DEFILIPPIS, Esq.
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 North First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
RUSSELL TRUNZO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL TRUNZO, | Case No. |
| Petitioner, | [Stanislaus Co. Sup. Ct. |
| -vs- | Case #SC 121910A] |
| JILL BROWN, Warden of San Quentin State Prison, | |
| Respondent, | ***ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE*** |
| On Habeas Corpus. | |
| BOARD OF PRISON TERMS, ARNOLD SCHWARZENEGGER, Governor, | |
| Real Parties In Interest. | |

Petitioner RUSSELL TRUNZO having duly applied for an extension of time to file his Traverse to Respondent's Return to this Court's Order to Show Cause, and good cause appearing,

IT IS HEREBY ORDERED that the Traverse previously due on October 13, 2005, is now due on or before November 14, 2005.

Dated: November 3, 2005

_____
JUDGE OF THE ~~SUPERIOR~~ COURT
DISTRICT

- 4 -