IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSELL TRUNZO,

    Petitioner,

v.

STEVE ORNOSKI et al.,

    Respondents.

No. C 05-00734 JSW

**ORDER REQUESTING STATUS REPORT**

The petition for habeas corpus is fully briefed and ripe for decision. However, Petitioner's current parole status is unknown. The Court HEREBY ORDERS Petitioner to file a status report by no later than February 22, 2008, advising the Court of what, if any, further parole proceedings have occurred since the filing of this petition.

**IT IS SO ORDERED.**

Dated: February 14, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE