IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL TRUNZO,<br><br>    Petitioner,<br><br>  v.<br><br>STEVE ORNOSKI et al.,<br><br>    Respondents.<br>_____ / | No. C 05-00734 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STAY** |

The Court has received Respondents' motion for a stay. Petitioner is HEREBY ORDERED to file his opposition brief by no later than March 28, 2008. *There shall be no extensions of this deadline*, and Petitioner's opposition *shall not exceed ten pages*. Respondents shall file a reply brief, which shall not exceed seven pages, by no later than April 4, 2008. The Court shall deem the matter submitted thereafter.

**IT IS SO ORDERED.**

Dated: March 19, 2008

                                                    JEFFREY S. WHITE<br>                                                    UNITED STATES DISTRICT JUDGE